STATE OF INDIANA         )         IN MARION     COURT
                         )SS:      CIVIL DIVISION,
COUNTY OF MARION    )         CAUSE NO.

JONATHAN MERRICK d/b/a/HOTTS GRILL  )
     Plaintiff,                           )
                                       )
     v.                             )
                                     )
SCHULTHEIS INSURANCE AGENCY,      )
INC., EVANSVILLE POLICE DEPARTMENT,   )
CITY OF EVANSVILLE, EVANSVILLE CITY   )
COUNCIL, EVANSVILLE MAYOR LLOYD    )
WINNECKE, INDIANA ALCOHOL AND     )
TOBACCO COMMISSION,                )
     Defendants.                   )

49D11 15 08 PL 028270

FILED

(15) AUG 25 2015

Myla a. Eldridge
CLERK OF THE MARION CIRCUIT COURT

### APPEARANCE (CIVIL)

Cause Number: Not yet assigned.

1. Name of Plaintiff: Jonathan Merrick d/b/a H.O.T.T.S. Grill

2. Attorney Information:
     Mark Small, 14656-49
     1915 Broad Ripple Avenue
     Indianapolis, Indiana 46220
     Telephone: (317) 252-4800  Facsimile: (317) 251-1941
     E-mail: marksmall2001@yahoo.com

3. Case type: CP ↑L

4. I shall NOT accept FAX service.

5. There are no support issues in this case or related cases.

Respectfully submitted,

Mark Small

**RECEIVED**

AUG 28 2015

**Office of the Mayor**

1

**Exhibit A**

STATE OF INDIANA        )        IN MARION     COURT
                        )SS:    CIVIL DIVISION,
COUNTY OF MARION      )        CAUSE NO.

JONATHAN MERRICK d/b/a/HOTTS   )
GRILL,                           )      49D11 15 08 PL 02 8270
     Plaintiff,               )
                            )
   v.                       )      **FILED**
                            )
SCHULTHEIS INSURANCE AGENCY,  )   (15)  AUG 25 2015
INC., EVANSVILLE POLICE DEPARTMENT, )
CITY OF EVANSVILLE, EVANSVILLE CITY )   *Myra a. Eldridge*
COUNCIL, EVANSVILLE MAYOR LLOYD  )   CLERK OF THE MARION CIRCUIT COURT
WINNECKE, INDIANA ALCOHOL AND   )
TOBACCO COMMISSION,           )     **RECEIVED**
     Defendants.            )
                                        AUG 28 2015

## COMPLAINT AND REQUEST FOR JURY TRIAL

Office of the Mayor

Comes now the Plaintiff, by counsel, and complains of the Defendant as follows:

1. This is a complaint brought by the Plaintiff identified below, pursuant to 42 U.S.C. 1983, alleging violations of their rights under the United States Constitution, and seeking damages for acts unconstitutional and conduct by the governmental actors identified herein.

## II. JURISDICTION, VENUE, AND CAUSE OF ACTION

2. This Court has jurisdiction over this cause pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this judicial district pursuant to Indiana Trial Rule 75(A)(4) and (5).

4. This action is brought, pursuant to 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States of American and the Indiana Constitution.

5. This action also seeks damages against private individuals for their tortious conduct against

1

**Exhibit A**

Plaintiff.

**Parties**

6.  The Plaintiff, Jonathan Merrick (hereinafter "Merrick"), at all times relevant herein, is a citizen of the State of Indiana over eighteen (18) years of age, with residence in Vanderburgh County, who owned a license issued by the Alcohol Tobacco Commission and, at all times relevant herein, operated a bar called H.O.T.T.S. at 122 North Weinback Avenue, Evansville, Indiana.

7.  Defendant, Schultheis Insurance Agency, Inc., (hereinafter "Schultheis") is a business incorporated under the laws of the State of Indiana with principal place of business located at 32 North Weinbach Avenue, Evansville, Indiana.

8.  Defendant Evansville Police Department is a governmental entity whose officers, agents or employees at all times relevant herein, acted under color and title of State law.

9.  Defendant City of Evansville is a governmental entity whose officers, agents or employees at all times relevant herein, acted under color and title of State law.

10.  Defendant Evansville City-County Council is a governmental entity whose officers, agents or employees at all times relevant herein, acted under color and title of State law.

11.  Defendant Mayor Lloyd Winnecke is the Mayor of the City of Evansville, a governmental elected official and, at all times relevant herein, acted under color and title of State law.

12.  Defendant Indiana Alcohol Tobacco Commission ("ATC") is a governmental entity whose officers, at all times relevant herein, acted under color and title of State law.

**Facts**

13.  H.O.T.T.S. is located near a public bus line and the area includes public housing.

2

**Exhibit A**

14. Prior to late 2012, H.O.T.T.S. operated as a restaurant and sandwich shop and experienced good relations with neighboring businesses, including Schultheis; however, operation of H.O.T.T.S. under that business plan was not profitable.

15. Beginning in late 2012, Plaintiff, at H.O.T.T.S. and as part of a business plan, shut down during daytime hours and began to cater parties, after local concerts, for a clientele the majority of whose members are African-American.

16. H.O.T.T.S. advertised the parties in various media including, but not limited to, handbills, posters and internet sites.

17. The first such advertisements were for a Halloween party; handbills were handed out at and during Evansville's Fall Festival, a festival locally referred to as the second largest street festival, after Mardi Gras in new Orleans, in the United States.

18. An African-American promoter for the Halloween party was stopped by an agent or employee of the ATC, the latter of whom grabbed the handbills; the promoter's preacher, who was nearby, intervened and the promoter was released.

19. Shortly after this incident, agents or employees of ATC would more frequently appear at H.O.T.T.S., show badges, and conduct "walk-throughs" at H.O.T.T.S.

20. In June 2013, a shooting occurred outside H.O.T.T.S. during or after one of the catered parties.

21. After that shooting H.O.T.T.S., along with the promoter of the events, as a means of addressing an isolated incident of violence, hired off-duty Evansville police officers to work security for parties.

3

**Exhibit A**

22. An agent or employee of H.O.T.T.S., informed by a police officer that the H.O.T.T.S. agent or employee needed the permission of the Chief of the Evansville Police Department to hire the officers in that capacity, attempted to contact the Chief, but never received a response.

23. Nonetheless, H.O.T.T.S. hired off-duty police officers as security.

24. In September, 2013, on a Saturday night, agents or employees of ATC entered H.O.T.T.S. and issued tickets to a person who allegedly was smoking marijuana inside the building, although the DJ in charge of entertainment used a smoke machine for special effects.

25. Evansville Police Department officers began to patrol more regularly around the building in which H.O.T.T.S. was located.

26. An agent or employee of ATC informed an agent or employee of H.O.T.T.S. that A.T.C. had received complaints to which ATC simply was responding.

27. In early October, 2013, a promoter agreed to stage a Halloween party at H.O.T.T.S., for people under the age of eighteen (18) at which no alcohol would be served.

28. The posters and/or handbills for the "2013 Halloween Party" featured photographs of two African-American women behind whose images were a full moon and fireworks, and, at the bottom of which, was the notation: "Hosted by Na'dia Ussery."

29. On or around October 9, 2013, an agent or employee of ATC informed an agent or employee of H.O.T.T.S. that ATC had received a complaint about a Halloween party planned for later that month.

30. The agent or employee of ATC was candid when he stated he thought it was odd to receive a complaint about allegedly illegal activity in regard to an event that had yet to take place,

4

**Exhibit A**

scheduled three (3) weeks in the future.

31. Evansville Police Department officers stationed a surveillance vehicle in Schultheis's parking lot during the 2013 Halloween party.

32. Also, during this period, officers of the Evansville Police Department began surveillance nearly around the clock and H.O.T.T.S. agents, employees and/or would-be customers were harassed or felt harassed.

33. Agents or employees of H.O.T.T.S. felt the harassment so significant, and the possible peril to H.O.T.T.S. customers so imminent, that, after the October, 2013, Halloween party, all commercial activity at H.O.T.T.S. ceased.

34. Later, acquired during a November 26, 2013, hearing on the renewal of the liquor license for H.O.T.T.S., an agent or employee of Schultheis presented the local liquor board with copies of the advertising for the parties held by H.O.T.T.S. and stated employees of Schultheis were afraid to go outside of the building.

35. It is Plaintiff's reasonable belief, based upon information acquired from the hearing and from the ATC that Schultheis was the source of false complaints, as well as complaints before activities even took place, at H.O.T.T.S.

36. During the November 26, 2013, hearing an officer of the Evansville Police Department stated that he knew of no other problems at any other bars except H.O.T.T.S. in the City of Evansville.

37. H.O.T.T.S. was denied renewal of its license, from which appeal was taken and, before disposition of that appeal, Plaintiff was able to sell the license, but at a loss.

**Exhibit A**

## COUNT I
### Action Pursuant to 42 U.S.C. §§ 1983 and 1988
### Violation of First Amendment Speech Rights, Right to Peaceably Assemble
### and Freedom of Association

38. The foregoing allegations are incorporated as if re-alleged herein.

39. Merrick d/b/a/ H.O.T.T.S. Grille, his staging of entertainment and the gathering of his customers are expression of speech, the right to peaceably assemble, and the freedom of association protected by the First Amendment to the Constitution of the United States.

40. Defendants Evansville Police Department, City of Evansville, Evansville Mayor Wineke ("City Defendants") and ATC violated the aforementioned rights by harassing agents or employees and customers of H.O.T.T.S. on the basis of those customers' race.

41. As a direct and proximate result of the City Defendants' and ATC's violations of Plaintiff's constitutional rights, Plaintiff has suffered severe and substantial damages, including loss of wages, loss of income, loss of profits, diminished earning capacityloss of reputation, humiliation, embarrassment, and other compensatory, in an amount to be determined by a jury and the Court, and has incurred attorney's fees.

WHEREFORE, Plaintiff Jonathan Merrick d/b/a H.O.T.T.S. Grill, respectfully requests judgment against Evansville Police Department, City of Evansville, Evansville Mayor Wineke and ATC in an amount that will adequately compensate him for his damages, attorney's fees, costs, and all other relief in the premises just and proper.

## COUNT II
### Pursuant to 42 U.S.C. § 1981
### Interference with Contract and Violation of Amendment XIII

**Exhibit A**

42. The foregoing allegations are incorporated as if re-alleged herein.

43. Merrick d/b/a/ H.O.T.T.S. Grille staged entertainment in a contractual relationship with promoters and, by extension, with customers who frequented H.O.T.T.S..

44. All persons within the United States shall have the same right to make and enforce contracts.

45. Amendment XIII, Section 2, of the United States Constitution has been held to abolish all badges and incidents of slavery.

46. Schultheis, acting in collaboration with Defendants Evansville Police Department, City of Evansville, Evansville Mayor Wineke and ATC violated the aforementioned rights by harassing agents or employees and customers of H.O.T.T.S. on the basis of those customers' race, and by intentionally interfering with Plaintiff's contractual relationships with said promoters and customers.

WHEREFORE, Plaintiff Jonathan Merrick d/b/a H.O.T.T.S. Grill, respectfully requests judgment against Evansville Police Department, City of Evansville, Evansville Mayor Wineke and ATC in an amount that will adequately compensate him for his damages, attorney's fees, costs, and all other relief in the premises just and proper.

**COUNT III**
**Pursuant to 42 U.S.C. § 1981**
**Interference with Contract and Violation of Amendment XIII**

47. The foregoing allegations are incorporated as if re-alleged herein.

48. The aforesaid defendants, themselves or through their agents or employees, conspired, for the purpose of depriving, either directly or indirectly, a persons or a class of persons—African-Americans who comprised the majority of the customers at H.O.T.T.S. Grill and who also promoted

7

**Exhibit A**

events and "after parties" at H.O.T.T.S.—of the equal protection of the laws, or of equal privileges and immunities under the laws.

49. One or more of said Defendants acted as conspirators, and through the acts described above in furtherance of the object of their conspiracy—that conspiracy's object being to harass, intimidate, or otherwise oppress said customers and promoters.

50. As a result of said actions, Plaintiff was injured in his person or property or was deprived of having and exercising any right or privilege of a citizen of the United States.

WHEREFORE, Plaintiff Jonathan Merrick d/b/a H.O.T.T.S. Grill, respectfully requests judgment against Schultheis Insurance Agency, Inc., Evansville Police Department, City of Evansville, Evansville Mayor Wineke and ATC in an amount that will adequately compensate him for his damages, attorney's fees, costs, and all other relief in the premises just and proper.

I affirm under the penalties for perjury that the foregoing representations are true.

Michael Merrick as holding
Power of Attorney for Jonathan Merrick

Respectfully submitted,

Mark Small, 14656-49
Counsel for Plaintiff
1915 Broad Ripple Avenue
Indianapolis IN 46220
Telephone: (317) 252-4800
Facsimile: (317) 251-1941
E-mail: marksmall2001@yahoo.com

## REQUEST FOR TRIAL BY JURY

Plaintiff Jonathan Merrick d/b/a H.O.T.T.S. Grill, by counsel, respectfully requests trial by jury.

8

**Exhibit A**

Respectfully submitted,

Mark Small, 14656-49
Counsel for Plaintiff
1915 Broad Ripple Avenue
Indianapolis IN 46220
Telephone: (317) 252-4800
Facsimile: (317) 251-1941
E-mail: marksmall2001@yahoo.com

9

**Exhibit A**

# SUMMONS

| STATE OF INDIANA | ) | IN MARION     COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION, |
| COUNTY OF MARION | ) | CAUSE NO. |

```
49D11 15 08 PL 028270
```

| | |
|---|---|
| JONATHAN MERRICK d/b/a/HOTTS GRILL )<br>    Plaintiff, )<br>)<br>v.    )<br>)<br>)<br>SCHULTHEIS INSURANCE AGENCY, )<br>INC., EVANSVILLE POLICE DEPARTMENT, )<br>CITY OF EVANSVILLE, EVANSVILLE CITY )<br>COUNCIL, EVANSVILLE MAYOR LLOYD )<br>WINNECKE, INDIANA ALCOHOL AND )<br>TOBACCO COMMISSION, )<br>    Defendants. ) | **RECEIVED**<br><br>AUG 28 2015<br><br>**Office of the Mayor** |

TO DEFENDANT:    <u>Mayor Lloyd Winnecke</u>
                             <u>Civic Center Complex</u>
                             <u>1 NW Martin Luther King, Jr Blvd</u>
                             <u>Evansville, IN  47708</u>

       You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer. *Myla a. Eldridge*

Dated:_____       _____
                                          AUG 25 2015
                                  Clerk, Superior Court of Marion County

(The following manner of Service of Summons is hereby designated.)
<u>XXX</u>    Registered or Certified Mail
_____Service at place of employment, to-wit:_____

<u>Mark Small</u>              <u>1915 Broad Ripple Avenue, Indianapolis, IN  46220</u>
Attorney for Plaintiff          Address
                             <u>317-252-4800</u>
                             Telephone

**Exhibit A**

STATE OF INDIANA    )

                       ) SS:

COUNTY OF MARION    )

# FILED

(259) SEP 0 4 2015

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

MARION COUNTY SUPERIOR COURT, DIVISION 11

| | |
|---|---|
| JONATHAN MERRICK, <br> d/b/a/HOTTS GRILL, <br>       Plaintiff, <br> <br>       v. <br> <br> SCHULTHEIS INSURANCE AGENCY, <br> INC., EVANSVILLE POLICE DEPARTMENT, <br> CITY OF EVANSVILLE, EVANSVILLE CITY <br> COUNCIL, EVANSVILLE MAYOR LLOYD <br> WINNECKE, INDIANA ALCOHOL AND <br> TOBACCO COMMISSION, <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) CAUSE NO. 49D11-1508-PL-028270 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Responding

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

**EVANSVILLE POLICE DEPARTMENT, CITY OF EVANSVILLE
and EVANSVILLE MAYOR LLOYD WINNECKE**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Robert L. Burkart, Esq., #16664-82
Keith W. Vonderahe, Esq., #21908-82
Clifford R. Whitehead, Esq., #28836-49
ZIEMER, STAYMAN, WEITZEL &
SHOULDERS, LLP                       Tel. No. (812) 424-7575
20 N.W. First Street                  Fax No. (812) 421-5089
P. O. Box 916
Evansville, IN 47706

3.    There are other party members:     No

4.    I will accept service by FAX at the above noted number:   No

**Exhibit A**

5. This case involves support issues: No

6. There are related cases: No

7. This form has been served on all other parties: Yes

8. Additional information required by state or local rule: None at this time.

_____
Clifford R. Whitehead

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH ADMINISTRATIVE RULE 9(G)

I hereby certify that the foregoing or attached Court Record or document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G). I further certify that on the 4th day of August, 2015, service of a true and complete copy of the foregoing pleading or paper was made by depositing the same in the United States Mail, properly addressed and with first class postage prepaid to the following:

Mark Small
1915 Broad Ripple Avenue
Indianapolis, IN 46220

Schultheis Insurance Agency
c/o Brett A Schultheis
32 N. Weinbach Avenue
Evansville, Indiana 47711

Evansville City Council
c/o John Friend
Civic Center Complex
1 NW MLK Jr. Blvd.
Evansville, IN 47708

Indiana Alcohol and Tobacco Commission
c/o David Cook, Chairman
302 W. Washington Street
Indiana Government Center South, Rm. E114
Indianapolis, IN 46204

_____
Clifford R. Whitehead

2

**Exhibit A**

STATE OF INDIANA     )
                   )   SS:
COUNTY OF MARION     )

MARION COUNTY SUPERIOR COURT, DIVISION 11

**FILED**

259)    SEP 0 4 2015

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

| | |
|---|---|
| JONATHAN MERRICK,<br>d/b/a/HOTTS GRILL,<br>          Plaintiff,<br><br>        v.<br><br>SCHULTHEIS INSURANCE AGENCY,<br>INC., EVANSVILLE POLICE DEPARTMENT,<br>CITY OF EVANSVILLE, EVANSVILLE CITY<br>COUNCIL, EVANSVILLE MAYOR LLOYD<br>WINNECKE, INDIANA ALCOHOL AND<br>TOBACCO COMMISSION,<br>          Defendants. | )<br>)<br>)<br>)<br>) CAUSE NO. 49D11-1508-PL-028270<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendants, Evansville Police Department, City of Evansville, and Evansville Mayor

Lloyd Winnecke ("City Defendants"), by counsel, hereby give notice pursuant to L.R. 203(D) of

their Automatic Enlargement of Time to answer Plaintiff's Complaint. That Complaint, having

been served on August 28, 2015, requires a responsive pleading that would be due on September

21, 2015. With this enlargement, City Defendants' response will be due on October 20, 2015.

**Exhibit A**

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

BY: _____

Robert L. Burkart, #16664-82
Keith W. Vonderahe, #21908-82
Clifford R. Whitehead, #28836-49
Ziemer, Stayman, Weitzel & Shoulders, LLP
P.O. Box 916
Evansville, IN 47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5076
E-Mails: rburkart@zsws.com
kvonderahe@zsws.com
cwhitehead@zsws.com

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH ADMINISTRATIVE RULE 9(G)

I hereby certify that the foregoing or attached Court Record or document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G). I further certify that on the 4th day of August, 2015, service of a true and complete copy of the foregoing pleading or paper was made by depositing the same in the United States Mail, properly addressed and with first class postage prepaid to the following:

Mark Small
1915 Broad Ripple Avenue
Indianapolis, IN 46220

Schultheis Insurance Agency
c/o Brett A Schultheis
32 N. Weinbach Avenue
Evansville, Indiana 47711

Evansville City Council
c/o John Friend
Civic Center Complex
1 NW MLK Jr. Blvd.
Evansville, IN 47708

Indiana Alcohol and Tobacco Commission
c/o David Cook, Chairman
302 W. Washington Street
Indiana Government Center South, Rm. E114
Indianapolis, IN 46204

_____
Clifford R. Whitehead

2

**Exhibit A**

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT
) SS: CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION ) CAUSE NO. 49D111508-PL-28270

*Jonathan Merrick d/b/a HOTTS Grill*
                Plaintiff )

    v. )

*Schultheis Insurance Agency, Inc., Evansville* )
*Police Department, City of Evansville, Evansville* )
*City Counsel, Evansville Mayor Lloyd Winnecke,* )
*Indiana Alcohol and Tobacco Commission* )
                Defendants )

**FILED**

(286) SEP 1 1 2015

*Myla a. Eldredge*
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.    The party on whose behalf this form is being filed is:

      Initiating \_\_\_\_\_     Responding  \_X\_     Intervening \_\_\_\_\_.

     The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

      Name:     Schultheis Insurance Agency, Inc. _____
      Address:  _____
      Phone:    _____

2.    Attorney information for service as required by Trial Rule 5(B)(2):

| | | | | |
|---|---|---|---|---|
| Name: | Ross E. Rudolph | Atty No. | 6337-82 | |
| Address: | Wooden McLaughlin LLP | Phone: | (812) 401-6151 | |
| | 21 SE Third Street, Suite 900 | Fax: | (812) 401-6444 | |
| | Evansville, IN 47708 | Email: | Ross.Rudolph@woodenmclaughlin.com | |
| | | | | |
| Name: | Maureen E. Ward | Atty No. | 17121-49 | |
| Address: | Wooden McLaughlin LLP | Phone: | (317) 639-6151 | |
| | One Indiana Square, Suite 1800 | Fax: | (317) 639-6444 | |
| | 211 North Pennsylvania Street | Email: | Maureen.Ward@woodenmclaughlin.com | |
| | Indianapolis, IN 46204-4208 | | | |

3.    This is a \_\_\_\_\_ \_\_\_\_\_ case type as defined in Administrative Rule 8(B)(3).

4.    I will accept service by FAX at the above-noted number:       Yes \_\_\_\_\_     No \_X\_ .

5.    This case involves child support issues:                       Yes \_\_\_     No \_X\_ .

6.    This case involves a protection from abuse order,
     workplace violence restraining order, or no-contact order:   Yes \_\_\_\_\_     No \_X\_ .

7.    This case involves a petition for involuntary commitment:    Yes \_\_\_\_\_     No \_X\_ .

8.    There are related cases:                                       Yes \_\_\_\_\_     No \_X\_ .

9.    Additional information required by local rule: _____

**Exhibit A**

10. There are other party members: Yes _____ No _X_ .

11. This form has been served on all other parties
and a Certificate of Service is attached: Yes _X_ No _____

Ross E. Rudolph, #6337-82, Attorney at Law
Maureen E. Ward, #17121-49, Attorney at Law
WOODEN MCLAUGHLIN
21 SE Third Street, Ste 900
Evansville, IN 47708
812-401-6151

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel by first class

United States mail, postage prepaid, this 11th day of September, 2015.

Mark Small
1915 Broad Ripple Ave
Indianapolis, IN 46220

Robert M Kelso
Knightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204

Brent R. Weil
7220 Eagle Crest Blvd.
Evansville, IN 47715-0000

Cliff Whitehead
Keith W. Vonderahe
Ziemer Stayman Weitzel & Shoulders LLP
20 NW First Street, 9th Floor
P.O. Box 916
Evansville, Indiana 47706

Ross E. Rudolph

2

**Exhibit A**

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) | |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-1508-PL-028270 |

| | |
|---|---|
| JONATHAN MERRICK d/b/a | ) |
| HOTTS GRILL | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHULTHEIS INSURANCE AGENCY, | ) |
| INC., EVANSVILLE POLICE DEPARTMENT, | ) |
| CITY OF EVANSVILLE, EVANSVILLE CITY | ) |
| COUNCIL, EVANSVILLE MAYOR LLOYD | ) |
| WINNECKE, INDIANA ALCOHOL AND | ) |
| TOBACCO COMMISSION | ) |
|         Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Comes now Brent R. Weil, Robert Kelso and Maria A. Kuck of the firm of Kightlinger &

Gray, LLP, and moves the Court to withdraw their appearances on behalf of Defendant,

Schultheis Insurance Agency, Inc., in the captioned matter, due to the fact that Ross E. Rudoph

and Maureen E. Ward entered their appearance for Schultheis Insurance Agency Inc.

**WHEREFORE**, the undersigned counsel Brent R. Weil, Mark Gerth and Maria A. Kuck

would respectfully request that their appearance for Schultheis Insurance Agency, Inc. be

withdrawn.

KIGHTLINGER & GRAY, LLP

By _____

Brent R. Weil, #12046-82
Robert M. Kelso #5441-49
Marie A. Kuck #29128-30
*Attorneys for Defendant*
*Schultheis Insurance Agency, Inc.*

**Exhibit A**

## CERTIFICATION OF COMPLIANCE OF PLEADINGS
## WITH TRIAL RULE 5(G) AND CERTIFICATE OF SERVICE

We hereby certify that the foregoing document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G) and that a copy of the above and foregoing pleading was served, either personally or by depositing same in the United States Mail, postage prepaid, on the following:

Mark Small
1915 Broad Ripple Avenue
Indianapolis, IN 46220

Cliff Whitehead
Keith W. Vonderahe
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 N.W. First St., 9th Floor
P.O. Box 916
Evansville, IN 47706

Ross Rudolph
Wooden McLaughlin, LLP
21 SE Third St., Ste. 900
Evansville, IN 47708
Ross.rudolph @woodenmclaughlin.com

Maureen E. Ward
Wooden McLaughlin, LLP
One Indiana Square, Suite 1800
211 N. Pennsylvania St.
Indianapolis, IN 46204

This the day 15th of September, 2015.

Robert Kelso/Brent R. Weil/Marie A. Kuck

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Telephone: (317) 638-4521
Facsimile: (317) 636-5917

**Exhibit A**

KIGHTLINGER & GRAY, LLP
7220 Eagle Crest Boulevard
Evansville, IN 47715
Telephone: (812) 474-4400
Facsimile: (812) 474-4414

151081\2982035-1

**Exhibit A**

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) | |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-1508-PL-028270 |

| | |
|---|---|
| JONATHAN MERRICK d/b/a | ) |
| HOTTS GRILL | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHULTHEIS INSURANCE AGENCY, | ) |
| INC., EVANSVILLE POLICE DEPARTMENT, | ) |
| CITY OF EVANSVILLE, EVANSVILLE CITY | ) |
| COUNCIL, EVANSVILLE MAYOR LLOYD | ) |
| WINNECKE, INDIANA ALCOHOL AND | ) |
| TOBACCO COMMISSION | ) |
|         Defendants. | ) |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Brent R. Weil, Robert Kelso and Maria A. Kuck of Kightlinger & Gray, LLP, having

filed their Motion to Withdraw Appearance on behalf of Schultheis Insurance Agency, Inc., and

the Court having examined such motion and being duly advised, now finds that such Motion

should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the appearance of

Brent R. Weil, Robert Kelso and Maria A. Kuck of Kightlinger & Gray, LLP, on behalf of

Schultheis Insurance Agency, Inc. is deemed withdrawn.

                              _____

                              JUDGE

_____

       DATE

Copies To:
Counsel of Record

## Exhibit A